THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GARY COTTEN, Defendant-Appellant.

(No. 56702;

First District—September 21, 1972.

Opinion by Mr. JUSTICE DEMPSEY.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

PATRICK R. MORIARTY, Plaintiff-Appellee, *v.* THE POLICE BOARD OF THE CITY OF CHICAGO *et al.*, Defendants-Appellants.

(No. 55708;

First District—September 25, 1972.